

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of A.L. and D.L., Children

No. 06-14-00050-CV

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 78,826). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

 As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

 We note that the appellant, Brandy Lee, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 8, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk